UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**DEBORAH K. WIEST,**
2407 Church Street
Cross Plains, WI 53528

Plaintiff,

Case No. 26-cv-1076

vs.

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,**
Registered Agent:
CT Corporation Services
301 S Bedford St Ste 1
Madison, WI 53703

Defendant.

---

# COMPLAINT

---

The Plaintiff, Deborah K. Wiest, by Hawks Quindel, S.C., for her complaint against the above-named Defendant, hereby states as follows:

## PARTIES

1. Plaintiff is an adult resident of the State of Wisconsin and currently resides in Cross Plains, Wisconsin.

2. Defendant, Hartford Life and Accident Insurance Company ("The Hartford"), on information and belief is a corporation organized under the laws of Connecticut, licensed to do business in Wisconsin.

3. On information and belief, Defendant administers and insures a short-term disability insurance plan for UW Health ("the Plan"), an employee welfare benefit plan subject to ERISA as amended, that has been in effect since at least January 1, 2019, and continues to the present time.

## JURISDICTION & VENUE

4. As described more fully below, this is an action by a participant in an employee welfare benefit plan governed by ERISA to recover benefits due under the terms of the Plan pursuant to ERISA § 502(a)(1)(B).

5. Jurisdiction over this action is conferred upon this court because the claims herein arise under ERISA.

6. Venue is proper in the Western District of Wisconsin pursuant to ERISA § 502(e)(2) and 28 U.S.C. § 1391(b), because a substantial part of the events and omissions giving rise to these claims occurred in this district and, because, in substantial part, the breaches asserted herein took place in this district.

7. Plaintiff's administrative remedies have been exhausted as a condition precedent to filing this action.

## FACTS

8. Plaintiff is a Senior Compliance Analyst for UW Health.

9. During the course of Plaintiff's employment, Plaintiff became eligible for certain employee benefits, including the short-term disability ("STD") coverage provided by the Plan.

10. Plaintiff ceased working on or about May 4, 2026 due to autism spectrum disorder, attention-deficit hyperactivity disorder, generalized anxiety disorder, sensory processing difficulties, and insomnia disorder.

11. Plaintiff promptly applied for short-term disability benefits with Defendant.

12. Plaintiff's STD benefit is worth approximately $1,269.23 per week.

13. Plaintiff's long-term disability benefits claim with Defendant is currently pending review.

14. Defendant was responsible for determining whether Plaintiff was eligible for STD benefits.

15. Defendant was responsible for paying Plaintiff's STD benefits.

16. Defendant denied Plaintiff's STD benefits claim entirely.

17. Plaintiff timely appealed Defendant's denial of Plaintiff's benefits claim.

18. Plaintiff submitted complete medical documentation in support of Plaintiff's disability as part of the appeal.

19. Plaintiff submitted all information requested by the Defendant.

20. Defendant failed to consider the issues raised in Plaintiff's appeal.

21. Defendant ignored clear medical evidence of Plaintiff's medical conditions and disability.

22. Defendant did not perform a "full and fair review" of Plaintiff's claim.

23. Defendant failed to notify Plaintiff of the additional material necessary in order for Plaintiff to perfect Plaintiff's claim and an explanation of why that material was necessary.

24. Defendant failed to adequately explain why it rejected specific evidence in Plaintiff's file, including the opinions of Plaintiff's treating providers.

25. Defendant failed to engage in a meaningful dialogue with Plaintiff.

26. Defendant failed to adequately explain its reasons for denying Plaintiff benefits.

27. Defendant conducted a selective review of Plaintiff's medical records.

28. Defendant failed to adequately assess Plaintiff's employability before determining that Plaintiff is not sufficiently disabled to qualify for benefits.

29. At all times material to this complaint, Plaintiff has remained disabled as defined by the Plan.

30. At all times material to this case, the Plan has remained in full force and effect.

31. Defendant's denial of Plaintiff's claim for STD benefits caused Plaintiff to suffer the loss of benefits and to incur expenses.

## FIRST CAUSE OF ACTION: DENIAL OF BENEFITS IN VIOLATION OF SECTION 502(a)(1)(B) OF ERISA

32. The preceding paragraphs are reincorporated by reference as though set forth here in full.

33. Plaintiff has been and remains disabled, as that term is defined by the Plan.

34. Defendant's decision to deny Plaintiff's benefits was incorrect, as well as arbitrary and capricious.

35. Defendant interpreted and applied the terms and conditions of the Plan in a manner that is inconsistent with the plain language contained therein.

36. Upon information and belief, Defendant inconsistently interpreted the terms and conditions of the Plan from one case to the next.

37. As both the payer of claims and the adjudicator of STD claim eligibility, Defendant has an inherent conflict of interest.

38. Defendant's denial of Plaintiff's STD benefits was "downright unreasonable."

39. For these and other reasons, Defendant wrongfully denied Plaintiff's claim for STD benefits and Plaintiff is entitled to said benefits pursuant to § 502(a)(1)(B) of ERISA.

**WHEREFORE** the Plaintiff, Deborah K. Wiest, demands judgment from the Defendant for the following:

A. Payment of all retroactive STD benefits owed to Plaintiff under the terms and conditions of the Plan;

C. Prejudgment interest;

D. Reasonable attorney's fees and costs related to the action; and

E. Such other and further relief that the Court deems just and equitable.

Dated: October 29, 2026.

**HAWKS QUINDEL, S.C.**
*Attorneys for Plaintiff, Deborah K. Wiest*

By: *\/s/ Brook E. Tylka*
Brook E. Tylka, WI State Bar No. 1126886
Email: btylka@hq-law.com
Caleb I. Baird, WI State Bar No. 1135587
Email: cbaird@hq-law.com
409 East Main Street
P.O. Box 2155
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040